JOSEPH A. L. BLEK, Respondent, *v.* FRANK WILSON, as President of Local Union No. 3 of the International Brotherhood of Electrical Workers, Appellant.

(Decided October 24, 1933.)

The court on its own motion requests the return of the remittitur herein, and when returned it will be amended to read as follows: " Judgment of the Appellate Division so far as appealed from reversed and new trial granted on the question of damages, with costs to abide the event." (See 262 N. Y. 253, 636.)